IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLIE BRICE
ADC #050409                                                                                    PETITIONER

v.                              CASE NO. 4:14CV00204 JM-JTK

WENDY KELLEY[1], Director
Arkansas Department of Correction                                              RESPONDENT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney.[2]  After careful review of the findings and recommendations and the timely objections thereto, as well as a de novo review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

The Court will not issue a certificate of appealability because Petitioner has not made a substantial showing of a denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).

SO ORDERED this 27th day of April, 2015.

---

[1] Wendy Kelley replaced Roy Hobbs as Director of the Arkansas Department of Correction.  Under Federal Rule of Civil Procedure 25(d), Wendy Kelley is automatically substituted as Respondent in this matter.

[2] The Court is adopting the corrected findings and recommendations which reflect the fact that Petitioner pled guilty to first degree battery in Columbia County instead of Pulaski County.  This correction has no bearing on the legal analysis of the petition.

_____
UNITED STATES DISTRICT JUDGE