IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLIE BRICE
ADC #050409                                                                                                    PETITIONER

v.                                          CASE NO. 4:14CV00204 JM-JTK

WENDY KELLEY[1], Director
Arkansas Department of Correction                                                        RESPONDENT

# JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Petitioner's habeas petition is DISMISSED with prejudice.

SO ADJUDGED this 27th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Wendy Kelley replaced Roy Hobbs as Director of the Arkansas Department of Correction. Under Federal Rule of Civil Procedure 25(d), Wendy Kelley is automatically substituted as Respondent in this matter.